

2377 56th Dr,

Brooklyn, New York 11234

Tel.: +1 (718) 914-9694

Email: acohen@ashercohenlaw.com

**Asher Cohen, PLLC**

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

February 6, 2024

Re:   1:25-cv-27, Sumlin V. Veja North America, Inc.
        Notice of Settlement

Dear Judge Rearden:

The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter.

I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully Submitted,

Asher H. Cohen, Esq.
*Attorney for Plaintiff*